IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHUOC VONG,

      Petitioner,

   v

KEN CLARK, Warden,

      Respondent.

No C-09-5851 VRW (PR)

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY

/

This habeas corpus action by pro se prisoner Phuoc Vong was filed on December 15, 2009. Doc #1. The court notified petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months. See 28 USC § 1915(a)(2). Petitioner was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc #2.

//

On January 12, 2010, petitioner requested an additional thirty (30) days by which to file the requested items. Doc #3. Almost fifty (50) days have elapsed since petitioner requested additional time to file the necessary items with the court; however, he still has not provided the court with the requisite items, or sought another extension of time to do so.

The action, therefore, is DISMISSED without prejudice subject to petitioner filing a new habeas action accompanied by the requisite $5.00 filing fee or a signed and completed in forma pauperis application.

Further, a certificate of appealability is DENIED. See Rule 11(a) of the Rules Governing Section 2254 Cases (effective Dec 1, 2009). Petitioner may not appeal the denial of a certificate of appealability in this court but may seek a certificate from the court of appeals under Rule 22 of the Federal Rules of Appellate Procedure. Id.

The clerk shall close the file and terminate all pending motions as moot.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.09\Vong-09-5851-dismiss-ifp deficiency.wpd

2