UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

P Vong,

        Petitioner,

  v.

K Clark, et al,

        Respondent.

Case Number: C09-5851 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phuoc Vong T-96585
CSATF
C7-109
P.O. Box 5246
Corcoran, CA 93212

Dated: March 2, 2010

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk