IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHUOC VONG,                                    No C-09-5851 VRW (PR)

       Petitioner,

    v                                          ORDER REOPENING CASE

KEN CLARK, Warden,

       Respondent.
_____/

       Per order filed on March 2, 2010, the court dismissed without prejudice the above-captioned pro se habeas action by a state prisoner for failure to pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application.  Doc #4.  The court docket shows that petitioner recently filed a completed in forma pauperis application.  Doc #8.  The clerk is directed to reopen this matter; an initial order will issue shortly.

       IT IS SO ORDERED.

                                          VAUGHN R WALKER
                                          United States District Chief Judge

G:\PRO-SE\VRW\HC.09\Vong-09-5851-reopen.wpd