United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHUOC VONG,<br><br>    Petitioner,<br><br>  vs.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | No. C 09-5851 JW (PR)<br><br>ORDER OF DISMISSAL |

Petitioner filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the forfeiture of 360 days of time credits, placement in administrative segregation for one year and assessment of twenty-four unfavorable behavior points following a disciplinary hearing held at Salinas Valley State Prison wherein he was found guilty of possession of a prisoner-manufactured weapon. Doc. #1. After the court issued an order to show cause, Respondent filed a motion to dismiss the petition on the ground that Petitioner failed to exhaust state court remedies as to one of his three claims prior to filing suit here. Doc. #11. Respondent's motion was unopposed.

On March 18, 2011, the Court granted Respondent's motion to dismiss, but rather than dismissing the action outright, the Court gave Petitioner thirty (30) days to file a notice of election, choosing either to:

1  (1) dismiss the unexhausted claim and go forward in this action with only the exhausted claims; or

2  (2) dismiss this action and return to state court to exhaust all claims before filing a new federal petition presenting all of his claims; or

3  (3) move to stay these proceedings while he exhausts his unexhausted claims in the California Supreme Court.

More than thirty days have elapsed since the Court filed its order requiring a notice of election. Petitioner, however, has failed to file a timely notice of election. Accordingly, the action is DISMISSED.

IT IS SO ORDERED.

DATED:     April 21, 2011

JAMES WARE
United States District Chief Judge

N:\Pro - Se & Death Penalty\JW\April 2011\09-5851 Vong-order of dismissal.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PHUOC VONG,

        Plaintiff,

  v.

KEN CLARK et al,

        Defendant.

Case Number: CV09-05851 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phuoc Vong T-96585
CSATF
C7-109
P.O. Box 5246
Corcoran, CA 93212

Dated: April 22, 2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk